IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re LECLAIRRYAN PLLC, Debtor.

| | |
|---|---|
| JOHN P. FITZGERALD, III, | ) |
| Appellant, | ) |
| v. | ) Case No. 22-00515 |
| ULX PARTNERS, LLC, et al., | ) |
| Appellees. | ) |
| JOHN P. FITZGERALD, III, | ) |
| Appellant, | ) |
| v. | ) Case No. 22-00516 |
| ULX PARTNERS, LLC, et al. | ) |
| Appellees. | ) |
| JOHN P. FITZGERALD, III, | ) |
| Appellant, | ) |
| v. | ) Case No. 22-00517 |
| ULX PARTNERS, LLC, et al. , | ) |
| Appellees. | ) |

**<u>STIPULATION OF DISMISSAL OF APPEAL</u>**

To the Clerk of the Court:

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the parties hereby stipulate and agree to dismiss this appeal. Each party will pay its own costs in connection with this appeal.

August 5, 2022                                    Respectfully submitted,


By: */s/Shannon F. Pecoraro*
Shannon F. Pecoraro, Esq. (VSB No. 46864)

Trial Attorney
Office of the United States Trustee
701 E. Broad St., Ste. 4304
Richmond, VA 23219
Telephone: (804) 771-2310
Facsimile: (804) 771-2330
Email: shannon.pecoraro@usdoj.gov


By: */s/ David G. Barger*
David G. Barger (VSB No. 21652)

Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Telephone:  (703) 749-1300
Facsimile:   (703) 749-1301
Email: bargerd@gtlaw.com

Counsel for ULX Partners, LLC, UnitedLex Corporation, and ULX Manager, LLC

## **CERTIFICATE OF SERVICE**

      I, Shannon F. Pecoraro, hereby certify that I caused a true and correct copy of the foregoing Stipulation of Dismissal of Appeal to be served on the following person on this 5th day of August 2022 by means the Court's CM / ECF system and via e-mail (with written permission):

David G. Barger, Esq.
Greenberg Traurig, LLP
1750 Tysons Boulevard, Suite 1000
McLean, Virginia 22102
Email: bargerd@gtlaw.com

                                              */s/ Shannon F. Pecoraro*
                                              Shannon F. Pecoraro, Esq.