IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JOHN P. FITZGERALD, III,
    Appellant,

v.                                             Civil No. 3:22cv517 (DJN)

ULX PARTNERS, LLC, *et al.*,
    Appellees.

## ORDER
### (Dismissing Appeals)

This matter comes before the Court on the parties' Stipulation of Dismissal of Appeal (ECF No. 4), filed in each of these appeals. Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, and Rule 41 of the Federal Rules of Civil Procedure, these appeals are hereby DISMISSED. Additionally, Appellant's Motion to Permit the Clerk of the Bankruptcy Court to Transmit Sealed Portions of the Record for Appeal (ECF No. 2) and Motion to Consolidate Appeals (ECF No. 3) are hereby DENIED AS MOOT.

These cases are CLOSED.

Let the Clerk file a copy of this Order and notify all counsel of record.

It is so ORDERED.

                                                             /s/
                                            David J. Novak
                                            United States District Judge

Richmond, Virginia
Dated:  August 8, 2022